NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEI-HERNG HOR,**
*Plaintiff-Appellant,*

AND

**RULING MENG,**
*Plaintiff-Appellant,*

v.

**CHING-WU "PAUL" CHU,**
*Defendant-Appellee.*

---

2011-1540

---

Appeal from the United States District Court for the Southern District of Texas in case no. 08-CV-3584, Judge Keith P. Ellison.

---

## ON MOTION

---

## ORDER

Pei-Herng Hor and Ruling Meng move without opposition for a 20-day extension of time, until January 24, 2012, to file their reply briefs,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 5 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William P. Jensen, Esq.
Brent C. Perry, Esq.
Lester L. Hewitt, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 0 5 2012**

**JAN HORBALY**
**CLERK**